UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 16-0068 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| TRAVIS C. MILLS | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court accepts the guilty plea of the defendant Travis C. Mills, and adjudges him guilty of the offense charged in Count Two of the Indictment against him.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court accepts defendant's agreement to forfeit any claim or interest he may have in the property listed in the forfeiture notice in the Indictment.

Monroe, Louisiana, this 19th day of May, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE